IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:12-CV-358-BR

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| M.G. NEWELL CORPORATION CUSTOM CANDLE MANUFACTURING EQUIPMENT INCLUDING TWO MIX TANKS, MODEL ECONO-TOTE; WAX COOLING SKID SYSTEM, MODEL NUMBER 09G0085, SERIAL NUMBER 09G0085-01 AND ANY AND ALL ATTACHMENTS THEREON; AND ANY AND ALL PROCEEDS FROM THE SALE OF SAID PROPERTY, | ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

On the motion of the plaintiff and for good cause shown, it is hereby ORDERED that this case be sealed until further order of this court, with the exception that the Clerk of Court or the United States Attorney may provide copies to counsel for claimants upon request.

This 26 June 2012.

_____
W. Earl Britt
Senior U.S. District Judge