IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:12-CV-358-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| M.G. NEWELL CORPORATION | ) | |
| CUSTOM CANDLE MANUFACTURING | ) | |
| EQUIPMENT INCLUDING TWO MIX | ) | |
| TANKS, MODEL ECONO-TOTE; | ) | |
| WAX COOLING SKID SYSTEM, | ) | |
| MODEL NUMBER 09G0085, | ) | |
| SERIAL NUMBER 09G0085-01 AND | ) | |
| ANY AND ALL ATTACHMENTS | ) | |
| THEREON; AND ANY AND ALL | ) | |
| PROCEEDS FROM THE SALE OF | ) | |
| SAID PROPERTY, | ) | |
| | ) | |
| Defendants. | ) | |

WHEREAS, the parties to this action, the plaintiff, the United States of America ("Government"), and lienholder-claimant, M. G. Newell Corporation, c/o John R. Sherrill, Jr., President, have agreed that this matter should be concluded in accordance with the terms and conditions of a Settlement Agreement filed on July 3, 2012, and such terms and conditions being acceptable to the Court;

AND WHEREAS, the United States requests that this Court extend the sealing of this case, up to and including, March 20, 2013, or until further order of the Court, in that there is a related pending criminal investigation; it is hereby ORDERED that the Settlement Agreement is APPROVED, each party to bear its own attorneys' fees, costs, and expenses. It is further

ORDERED that the defendant property is forfeited to the United States and the United

States is directed to dispose of the defendant property according to law, provided that on sale by the United States, the lien of M.G. Newell is to be paid in full from the proceeds of sale, in accordance with the terms of the Settlement Agreement. It is further

ORDERED that on Motion of the plaintiff, and for good cause shown, it is hereby ORDERED that this case continue to be sealed, up to and including, March 20, 2013, or until further order of this Court. However, the Clerk of Court or the United States Attorney may provide copies to counsel for claimant upon request.

This 4 October 2012.

_____
W. Earl Britt
Senior U.S. District Judge